# United States Bankruptcy Court
## Eastern District of Michigan

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): First Mortgage Fund, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) 38-3107627 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): 17211 West 12 Mile, Southfield, MI — ZIP Code 48076 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): PO Box 2832, Farmington, MI — ZIP Code 48333 | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

*** Martin L. Fried P-13712 marty@bk-lawyer.net ***

THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
First Mortgage Fund, Inc.

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
First Mortgage Fund, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X /s/ Martin L. Fried
Signature of Attorney for Debtor(s)

Martin L. Fried P-13712 marty@bk-lawyer.net
Printed Name of Attorney for Debtor(s)

Goldstein Bershad & Fried PC
Firm Name

4000 Town Center
Suite 1200
Southfield, MI 48075

Address

248-355-5300 Fax: 248-355-4644
Telephone Number

February 25, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Michael T. Stacey
Signature of Authorized Individual

Michael T. Stacey
Printed Name of Authorized Individual

President
Title of Authorized Individual

February 25, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Alexander & Hornung, Inc.
Union Workers Pension Plan
20643 Stephens Road
St. Clair Shore, MI 48080

Aubrey Living Trust
Dated 09/14/04
7384 Radcliff Drive
West Bloomfield, MI 48322

Barbara Diane Craig
Living Trust
21640 River Ridge Trail
Farmington Hill, MI 48335

Barbara Kendall
18731 Bainbridge
Southfield, MI 48076

Michael Bocanegra
c/o Stuart M. Brody
161 North Clark St
Ste 3575
Chicago, IL 60601

Brenda F. Garner
10820 Andrews
Allen Park, MI 48101

Catherine J. Dumke Trustee of the
Catherine J. Dumke Revocable Trust
20081 E. Ballantyne Court
Grosse Pt Farms, MI 48236

Catherine J. Dumke, Trustee
Catherine J. Dumke Revocable Trust
20081 E. Ballantyne Court
Grosse Pte Wood, MI 48236

City of Detroit Finance Dept
Coleman A Young Municipal Center
2 Woodward Ave
Room 120
Detroit, MI 48226

Community National Bank Cust
FBO: Ann Aubrey, IRA
7384 Radcliff Drive
West Bloomfield, MI 48322

Community National Bank Cust
FBO: Rex Aubrey, IRA
7384 Radcliff Drive
West Bloomfield, MI 48322

Community National Bank CUST
FBO: Rosemary Ballard IRA
6641 Andersonville Road
Clarkston, MI 48346

Community National Bank CUST
FBO Harlan E. Bloomquist, IRA
3033 W. Village
Port Huron, MI 48060

Community National Bank CUST
FBO Michael Chakan IRA
318 Easton Drive
Lakeland, FL 33803

Community National Bank Cust
FBO: Jacqueline Chastain IRA
P.O. Box 2832
Farmington Hill, MI 48334

Community National Bank CUST
FBO Robert A. Connelly
40736 Brentwood Drive
Sterling Hgts, MI 48310

Community National Bank CUST
FBO Charles A. Cuddington, IRA
44828 Utica Road
Utica, MI 48317

Community National Bank CUST
FBO Catherine J. Dumke, IRA
20081 E. Ballantyne Court
Grosse Pte Wood, MI 48236

Community National Bank CUST
FBO Pamela J. Flick IRA
9421 Huron Rapids Dr.
Whitmore Lake, MI 48189

Community National Bank CUST
FBO Brenda F. Garner, IRA
10820 Andrews
Allen Park, MI 48101

Community National Bank CUST
FBO Lawrence M. Garner, IRA
10820 Andrews
Allen Park, MI 48101

Community National Bank CUST
FBO Jeremiah B. Gillette, IRA
30345 Oakview Way
Bingham Farms, MI 48025-4629

Community National Bank CUST
FBO Terrence D. Kalley IRA
2657 Valleyview Drive
Troy, MI 48098

Community National Bank CUST
FBO Mr. James Maniere, IRA
51607 Kachina Lane
Macomb, MI 48042

Community National Bank CUST
FBO Louise M. Maniere, I.R.A.
51607 Kachina Lane
Macomb, MI 48042

Community National Bank CUST
FBO Thomas W. McKay, IRA
49149 Village Point Drive
Shelby Township, MI 48315

Community National Bank CUST
FBO Mary P. Mies IRA
785 Deer Court
Plymouth, MI 48170

Community National Bank CUST
FBO Susan B. Morris, IRA
01841 M 66 South
East Jordan, MI 49727

Community National Bank CUST
FBO William A. Morris, III, IRA
01841 M 66 South
East Jordan, MI 49727

Community National Bank CUST
FBO Jean E. Musinski, IRA
6220 Glen Valley Tr Unit 3C
Frederick, MD 21701

Community National Bank CUST
FBO Frederick A. Otto, IRA
795 Fairway Drive
Gaylord, MI 49735

Community National Bank CUST
FBO Louise Parker, IRA
8030 Flagstaff St.
Commerce Twp., MI 48382

Community National Bank CUST
FBO Arvin J. Pearlman, IRA
26501 Hendrie
Huntington Wood, MI 48070

Community National Bank CUST
FBO Michael Pianin, IRA
24350 N. Whispering Ridge Unit 33
Scottsdale, AZ 85255

Community National Bank CUST
FBO: Jack Schwarcz, IRA
26140 Raine
Oak Park, MI 48237

Community National Bank CUST
FBO Sharon R. Singletree, IRA
22885 Cranbrooke Road
Novi, MI 48375

Community National Bank CUST
FBO: Stuart J. Snider, IRA
615 Griswold, Suite 600
Detroit, MI 48226

Community National Bank CUST
FBO Michael T. Stacey, IRA
P.O. Box 2328
Farmington Hls., MI 48333-9075

Community National Bank CUST
FBO Wendy Duthie-Stacey, IRA
P.O. Box 9075
Farmington Hls., MI 48333-9075

Community National Bank Cust
FBO: Richard E. Warren, ROTH IRA
2559 Kent Ridge Court
Bloomfield Hill, MI 48301

Community National Bank Cust
FBO: Richard E. Warren, IRA
2559 Kent Ridge Court
Bloomfield Hill, MI 48301

Community National Bank Cust.
FBO: Michelle L. Chakan, IRA
27153 Pembridge Lane
Farmington Hill, MI 48331

Community National Bank, Cust.
FBO: Sara B. Warren, IRA
2559 Kent Ridge Ct.
Bloomfield Hill, MI 48301

Courtney M. Tursi
1065 Vollmers St.
Commerce Twp., MI 48390

Dolores K. Renaud
1806 Portlock
Commerce Twp., MI 48382

Dominic Bonnano - Trust
852 Canterbury Road
Grosse Pte Wood, MI 48236

Doris Lucille Miller, Trustee
Under Agreement Dated 06/07/95
1514 Granger Road
Ann Arbor, MI 48104

Eastside Periodontal Associates
Defined Benefit Pension Plan
26140 Raine
Oak Park, MI 48237

Ellajo B. Thompson
2118 Lakepoint Drive
Knoxville, TN 37922

Estate of Howard Diamond
% Louisa Rucker
212 Mt. Pleasant Dr.
Locust Grove, VA 22508

F&D Employees'
Profit Sharing Plan
600 Ford Building
Detroit, MI 48226

Gary W. Rogers
Susan R. Rogers
1370 Chesterfield Ave.
Birmingham, MI 48009

Genesee County Treasurer
1101 Beach Street
Flint, MI 48502

Geoffrey Davies
Revocable Living Trust
P.O. Box 1835
Royal Oak, MI 48068-1835

George H. Uridge
Judith E. Uridge
25400 Harcourt Street
Farmington Hill, MI 48336-1226

Grace E. Kiefer
c/o Kathy Osborne
6936 Buckley
Canton, MI 48184

HouseCare, LLC
17211 West 12 Mile
Southfield, MI 48076

Irving H. Baron and Betty Baron
Living Trust, Dated 05/12/10
31781 Bellvine Trail
Beverly Hills, MI 48025

Jack R. Lousma and Gratia K. Lousma
Under Trust Dated 07/09/07
2722 Roseland
Ann Arbor, MI 48103

Jack R. Lousma TTEE
Jack Lousma Retirement Plan U/A DTD
2722 Roseland
Ann Arbor, MI 48103

Jack Schwarcz
Defined Benefit Plan
26140 Raine
Oak Park, MI 48237

James C. Berger Trust
42425 JO-ED
Sterling Height, MI 48314

James L. Maniere
51607 Kachina Lane
Macomb, MI 48042

Jean E. Musinski
6220 Glen Valley Tr Unit 3C
Frederick, MD 21701

John Shamoun, Jr.
5498 Putnam Dr.
West Bloomfield, MI 48323

Joseph Erlich
Linda Erlich
2655 Northfield
White Lake, MI 48383

Joshua Christopher Dorsey
P.O. Box 251538
W. Bloomfield, MI 48235

Julia H. Hanba
6761 Kennesaw Road
Canton, MI 48187

Lawrence M. Garner
10820 Andrews
Allen Park, MI 48101

Louise M. Maniere
51607 Kachina Lane
Macomb, MI 48042

Macomb County Treasurer
FL 2
1 S Main St
Mt. Clemens, MI 48043

Marathon Limited Partnership
C/O E & T Co-Gen Ptr Ely Tama Pres
32783 Middlebelt Rd.
Farmington Hill, MI 48334

Margaret S. Snider
Trustee U/A/D 09/30/80
6760 W. Maple #6115
West Bloomfield, MI 48322

Maria F. Ward
1838 Rosemont Road
Berkley, MI 48072

Marjorie A. Taylor
Trust Dated 02/21/91
21615 N 56th Drive
Glendale, AZ 85308-6226

Mark W. Shatz
Rhonna S. Shatz
5453 Pond Bluff Court
West Bloomfield, MI 48331

Marlene M. Calverley
4595 Valley View Pointe
Rochester, MI 48306

Maxine M. Chakan
21625 River Ridge Trail
Farmington Hill, MI 48335

McGeoch Charlotte W IRREV
T/A#2010240-1702300
4900 Tiederman Rd. 4th Fl NE
Brooklyn, OH 44144

Michael A. Calverley
4595 Valley View Pointe
Rochester, MI 48306

Michael Chakan
318 Easton Dr.
Lakeland, FL 33803

Michael G. Benninger
1280 Palmer
Plymouth, MI 48170

Michelle L. Chakan
Revocable Living Trust
27153 Pembridge Lane
Farmington Hill, MI 48331

Morgan Noelle Stacey
2812 Duffers Lane
Commerce Twp., MI 48390

Mortgage Servicing Corporation
17211 West 12 MIle
Southfield, MI 48076

Nancy A. Diamond
212 Mt. Pleasant Dr.
Locust Grove, VA 22508

Oakland County Treasurer
1200 N Telegraph Rd
Bldg 12 E Dept #479
Pontiac, MI 48341

Otto Family Foundation
795 Fairway Court
Gaylord, MI 49735

Otto Family Limited Partnership
795 Fairway Drive
Gaylord, MI 49735

Phyllis Shatz
7310 Ashford Place, Apt. 303
Delray Beach, FL 33446

R & B Sales
852 Canterbury Road
Grosse Pte Wood, MI 48236

Reta M. Winter
3451 Stolzenfeld
Warren, MI 48091

Robert A. Bartlett
Living Trust
2435 Devon Lane
Birmingham, MI 48009

Robert C. Meyer, D.O.
Defined Benefit Pension Plan
34764 Dequindre
Sterling Hgts., MI 48310

Sharon Singletree
22885 Cranbrooke Drive
Novi, MI 48375

Sharron Chakan
Revocable Living Trust
13894 Elmbrook Drive
Shelby Twp., MI 48315

Shirley B. Karnow
29033 Lancaster Dr., Apt. #104
Southfield, MI 48034-1468

SingleTree Works, Inc
17211 West 12 MIle
Southfield, MI 48076

Stavenkan Fund, Inc.
17211 West 12 MIle
Southfield, MI 48076

Stuart Goldstein
Iris Goldstein
30600 Northwestern Highway-Ste #245
Farmington Hill, MI 48334-3161

Stuart J. Snider, Esq
615 Griswold
Ste 600
Detroit, MI 48226

Stuart J. Snider, TEE
UAD 1/26/81
615 Griswold, Suite 600
Detroit, MI 48226

Teresa Renaud
2812 Duffers Lane
Commerce Twp., MI 48390

Teri L. Budny
424 Yerkes
Northville, MI 48167

Victoria C. Kap
David E. Kap
20924 Bayside
St. Clair Shore, MI 48081

Wayne County Treasurer
400 Monroe Street
5th Floor
Detroit, MI 48226

West Bloomfield Township Treasurer
P.O. Box 250130
W. Bloomfield, MI 48325

William A. III & Susan B. Morris
01841 M66 South
East Jordan, MI 49727

William A. Morris, Jr.
3462 Lake George Road
Oakland Twp., MI 48363

Yosi N. Heber
26180 Raine St.
Oak Park, MI 48237