UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FIRST MORTGAGE FUND, INC.,             Chapter 7
                                                    Case No. 11-44879-MBM
         Debtor.                        Hon. Marci B. McIvor
_____/

**TRUSTEE'S MOTION TO SELL REAL
PROPERTY PURSUANT TO 11 U.S.C. § 363(b)**

Jurisdiction

1.      This motion is brought under 11 U.S.C. § 363 and Fed.R.Bankr. P. 6004(a).

2.      This is a core proceeding over which this court has jurisdiction. *See* 28 U.S.C. §§ 157(b)(2)(N) and 1334.

Background

3.      The above bankruptcy case was filed on February 25, 2011. Mark H. Shapiro is the Chapter 7 Trustee of the Debtor's bankruptcy estate.

4.      Assets of the bankruptcy estate include the Debtor's interest in residential real property located at 15874 Vaughan, Detroit, Michigan.

5.      The following entities may claim an interest in the Vaughan property:

| Wayne County, Treasurer for real property taxes of approximately $11,500 | City of Detroit, Treasurer for real property taxes of approximately $4,200 | City of Detroit, Water Dept. for unpaid water bills of approximately $500 |
|---|---|---|

6.      The Trustee has received an offer from Catherine Torrence to purchase the Vaughan property for $3,000. The Trustee has accepted the offer subject to further competitive bidding and bankruptcy court approval. A copy of the Purchase and Sale Agreement is attached as Exhibit "A".

Request for Authority to Sell Property

7. The Trustee proposes to sell the estate's interest in the Vaughan property—subject to existing liens, claims and encumbrances— for $3,000, pursuant to 11 U.S.C. § 363(b).

8. The Trustee "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b).

9. The Vaughan property will be sold pursuant to a Trustee's Deed, as is, without representation or warranties, whether expressed or implied, including, but not limited to, any warranties of merchantability, fitness for a particular purpose or habitability.

Additional Sale Terms

10. A public auction sale of the property has been set for June 24, 2011 in the office of counsel for the Trustee, Steinberg Shapiro & Clark, 25925 Telegraph Rd., Suite 203, Southfield, Michigan 48033.

11. On or before June 22, 2011, persons wishing to submit competing bids on terms at least as favorable as those stated in the attached purchase agreement must provide the Trustee with a cashier's check or money order deposit in the amount of at least $500. The successful bidder's deposit will be non-refundable and applied toward the purchase price. Interested bidders must also provide evidence of an ability to close a cash sale or evidence of pre-approved mortgage financing. The Trustee will maintain sole discretion to determine if interested bidders are qualified to bid based on their ability to close.

12. Competing bids will begin at $5,000 and continue in increments of at least $500.

13. If no other deposits are received by June 22, 2011, then no auction will occur, and the Trustee will close the sale with Catherine Torrence.

## Request for Relief

The Trustee requests that this court enter an order approving the proposed sale and granting such further relief as this court deems appropriate.

STEINBERG SHAPIRO & CLARK

/s/ Tracy M. Clark (P60262)
Attorney for Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
Date:   June 1, 2011           clark@steinbergshapiro.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FIRST MORTGAGE FUND, INC.,            Chapter 7
                                                    Case No. 11-44879-MBM
    Debtor.                                  Hon. Marci B. McIvor
_____/

**ORDER APPROVING SALE OF REAL
PROPERTY PURSUANT TO 11 U.S.C. § 363(b)**

The Chapter 7 Trustee filed a motion to sell real property located at 15874 Vaughan, Detroit, Michigan for $3,000. All parties in interest were served with notice of the motion, and no objections were timely filed. The court finds good cause to enter this order.

IT IS ORDERED as follows:

A. The Trustee's motion is granted in its entirety.

B. The proposed sale of the real property located at 15874 Vaughan, Detroit, Michigan on the terms stated in the Purchase and Sale Agreement attached to the Trustee's motion and incorporated in this order for at least $3,000 is approved.

C. An auction sale of the real property is set for June 24, 2011 in the office of counsel for the Trustee, Steinberg Shapiro & Clark, 25925 Telegraph Rd., Suite 203, Southfield, Michigan 48033.

D. On or before June 22, 2011, persons wishing to submit competing bids on terms at least as favorable as those stated in the purchase agreement attached to the Trustee's motion must provide the Trustee with a cashier's check or money order deposit in the amount of at least $500. The successful bidder's deposit will be non-refundable and applied toward the purchase price. Interested bidders must also provide evidence of an ability to close a cash sale or evidence of pre-approved

mortgage financing. The Trustee will maintain sole discretion to determine if interested bidders are qualified to bid based on their ability to close.

E. Competing bids will begin at $5,000 and continue in increments of at least $500.

F. If no other deposits are received by June 22, 2011, then no auction will occur, and the Trustee will consummate the sale with Catherine Torrence. The successful purchaser shall provide the Trustee with the full purchase price on or before June 30, 2011. Failure to make the payment at that time, shall cause the sale to be null and void.

G. The sale will be conducted pursuant to 11 U.S.C. § 363(b), and the property shall be sold pursuant to a Trustee's Deed, subject to liens, claims, and encumbrances. The sale is "AS IS, WHERE IS," without representation or warranty, expressed or implied, of any kind, nature or description, including, without limitation, any warranty of title or of merchantability, usability, or of fitness for any particular purpose or habitability. .

H. The Trustee may execute such documents and agreements and perform such acts as may be necessary and appropriate to implement, effectuate, and consummate the sale.

I. All federal, state, and local governmental agencies and departments are ordered and directed to accept all filings necessary and appropriate to consummate the transactions contemplated by this order.

J. The fourteen day stay provided for in Bankruptcy Rule 6004(h) shall not be in effect with respect to the sale, and this order is effective and enforceable immediately upon entry.

K. Catherine Torrence is deemed a good faith purchaser for purposes of 11 U.S.C. § 363(m).

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| FIRST MORTGAGE FUND, INC. | Chapter 7 |
| PO Box 2832 | Case No. 11-44879-MBM |
| Farmington, MI 48333 | Hon. Marci B. McIvor |
| xx-xxx7627 | |
| Debtor. | |
| _____/ | |

**NOTICE OF TRUSTEE'S MOTION FOR ORDER APPROVING
SALE OF REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(b**

Chapter 7 Trustee, Mark H. Shapiro, intends to sell real property located at 15874 Vaughan, Detroit, Michigan for at least $3,000. A copy of the offer is attached to the Trustee's motion. The Trustee believes that a sale of the real property for at least $3,000 is in the best interest of the estate and its creditors. The sale will be subject to the terms and conditions of the Trustee's motion and will be subject to all liens, claims, and interests. The sale will be made as is, without any representation or warranties, whether express or implied, including but not limited to any warranty of merchantability or fitness for a particular purpose.

Date of proposed auction:
June 24, 2011 at 10:00 a.m.

Location of auction sale:
Offices of Steinberg Shapiro & Clark
25925 Telegraph Rd., Suite 203
Southfield, MI 48033

Terms of sale: On or before June 22, 2011, prospective bidders must provide the Trustee a cashier's check or money order deposit in the amount of at least $500; and adequate documentation to show an ability to fund the sale. Competing bids will begin at $5,000 and continue in increments of at least $500. The successful purchaser's deposit will be non-refundable and applied toward the purchase price. Immediately following the sale, the successful purchase shall execute a purchase agreement substantially identical to that attached to the Trustee's motion; A closing will be scheduled following the completion of the sale. Other terms and conditions may be obtained by contacting Tracy M. Clark, attorney for Trustee, at 25925 Telegraph Rd., Suite 203, Southfield, Michigan 48033, at (248) 352-4700.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the motion, or if you want the court to consider your views on the motion, then within 14 days from the date of service of this notice, you or your attorney

must file with the court a written objection or request for hearing[1] at the address noted below.

>United States Bankruptcy Court
>211 W Fort St., Suite 2100
>Detroit, Michigan 48226

If you mail your objection or request for hearing to the court for filing, you must mail it early enough so the court will **receive** it before the 14 day period expires.

You must also mail a copy to:

>Tracy M. Clark, Esq.
>Steinberg Shapiro & Clark
>25925 Telegraph Rd., Suite 203
>Southfield, MI 48033

If an objection or request for hearing is timely filed, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

>STEINBERG SHAPIRO & CLARK
>
>/s/ Tracy M. Clark (P60262)
>Attorney for Trustee
>25925 Telegraph Rd., Suite 203
>Southfield, MI 48033
>(248) 352-4700
>clark@steinbergshapiro.com

Date:   June 1, 2011

---

[1] Objections and requests for hearing must comply with F.R. Civ.P. 8(b), (c) and (e).

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FIRST MORTGAGE FUND, INC.,            Chapter 7
                                                     Case No. 11-44879-MBM
            Debtor.                          Hon. Marci B. McIvor
_____/

## CERTIFICATE OF SERVICE

I certify that on June 1, 2011, I served copies as follows:

| | |
|---|---|
| Documents Served: | Trustee's Motion to Sell Real Property Pursuant to 11 U.S.C. § 363(b); Notice; Certificate of Service |
| Served Upon: | Catherine Torrence<br>12961 Salem<br>Redford, MI 48239<br><br>Wayne County Treasurer<br>400 Monroe, 5th Floor<br>Detroit, MI 48226     City of Detroit Treasurer<br>Coleman A. Young Municipal Center<br>2 Woodward Ave., Suite 120<br>Detroit, MI 48226 |
| Document Served: | Notice of Trustee's Motion for Order Approving Sale of Real Property Pursuant to 11 U.S.C. § 363(b) |
| Served Upon: | All creditors listed on the attached Official Court Matrix |
| Method of Service: | First Class Mail |

                                 /s/ Christine T. Leach, Legal Assistant
                                 Steinberg Shapiro & Clark
                                 Attorneys for Trustee
                                 25925 Telegraph Rd., Suite 203
                                 Southfield, MI 48033
                                 (248) 352-4700
                                 cleach@steinbergshapiro.com

```
Label Matrix for local noticing          Alexander & Hornung, Inc.                Aubrey Living Trust
0645-2                                   Union Workers Pension Plan               Dated 09/14/04
Case 11-44879-mbm                        20643 Stephens Road                      7384 Radcliff Drive
Eastern District of Michigan             St. Clair Shore, MI 48080-1047           West Bloomfield, MI 48322-3535
Detroit
Wed Jun  1 16:02:46 EDT 2011

Barbara Diane Craig                      Barbara Kendall                          Jeffrey H. Bigelman
Living Trust                             18731 Bainbridge                         Osipov Bigelman, P.C.
21640 River Ridge Trail                  Southfield, MI 48076-5313                20700 Civic Center Drive., Ste. 310
Farmington Hill, MI 48335-4621                                                    Southfield, MI 48076-4155


Brenda F. Garner                         Catherine J. Dumke Trustee of the        Catherine J. Dumke, Trustee
10820 Andrews                            Catherine J. Dumke Revocable Trust       Catherine J. Dumke Revocable Trust
Allen Park, MI 48101-1102                20081 E. Ballantyne Court                20081 E. Ballantyne Court
                                         Grosse Pt Farms, MI 48236-2426           Grosse Pte Wood, MI 48236-2426


City of Detroit Finance Dept             Tracy M. Clark                           Community National Bank CUST
Coleman A Young Municipal Center         25925 Telegraph Rd.                      FBO Arvin J. Pearlman, IRA
2 Woodward Ave                           Suite 203                                26501 Hendrie
Room 120                                 Southfield, MI 48033-2527                Huntington Wood, MI 48070-1342
Detroit, MI 48226-3573

Community National Bank CUST             Community National Bank CUST             Community National Bank CUST
FBO Brenda F. Garner, IRA                FBO Catherine J. Dumke, IRA              FBO Charles A. Cuddington, IRA
10820 Andrews                            20081 E. Ballantyne Court                44828 Utica Road
Allen Park, MI 48101-1102                Grosse Pte Wood, MI 48236-2426           Utica, MI 48317-5472


Community National Bank CUST             Community National Bank CUST             Community National Bank CUST
FBO Frederick A. Otto, IRA               FBO Harlan E. Bloomquist, IRA            FBO Jean E. Musinski, IRA
795 Fairway Drive                        3033 W. Village                          6220 Glen Valley Tr Unit 3C
Gaylord, MI 49735-9386                   Port Huron, MI 48060-1403                Frederick, MD 21701-7801


Community National Bank CUST             Community National Bank CUST             Community National Bank CUST
FBO Jeremiah B. Gillette, IRA            FBO Lawrence M. Garner, IRA              FBO Louise M. Maniere, I.R.A.
30345 Oakview Way                        10820 Andrews                            51607 Kachina Lane
Bingham Farms, MI 48025-4629             Allen Park, MI 48101-1102                Macomb, MI 48042-4254


Community National Bank CUST             Community National Bank CUST             Community National Bank CUST
FBO Louise Parker, IRA                   FBO Mary P. Mies IRA                     FBO Michael Chakan IRA
8030 Flagstaff St.                       785 Deer Court                           318 Easton Drive
Commerce Twp., MI 48382-2329             Plymouth, MI 48170-1743                  Lakeland, FL 33803-2938


Community National Bank CUST             Community National Bank CUST             Community National Bank CUST
FBO Michael Pianin, IRA                  FBO Michael T. Stacey, IRA               FBO Mr. James Maniere, IRA
24350 N. Whispering Ridge Unit 33        P.O. Box 2328                            51607 Kachina Lane
Scottsdale, AZ 85255-5732                Farmington Hls., MI 48333                Macomb, MI 48042-4254


Community National Bank CUST             Community National Bank CUST             Community National Bank CUST
FBO Pamela J. Flick IRA                  FBO Robert A. Connelly                   FBO Sharon R. Singletree, IRA
9421 Huron Rapids Dr.                    40736 Brentwood Drive                    22885 Cranbrooke Road
Whitmore Lake, MI 48189-9383             Sterling Hgts, MI 48310-2212             Novi, MI 48375-4506
```

| | | |
|---|---|---|
| Community National Bank CUST<br>FBO Susan B. Morris, IRA<br>01841 M 66 South<br>East Jordan, MI 49727-9169 | Community National Bank CUST<br>FBO Terrence D. Kalley IRA<br>2657 Valleyview Drive<br>Troy, MI 48098-6201 | Community National Bank CUST<br>FBO Thomas W. McKay, IRA<br>49149 Village Point Drive<br>Shelby Township, MI 48315-3985 |
| Community National Bank CUST<br>FBO Wendy Duthie-Stacey, IRA<br>P.O. Box 9075<br>Farmington Hls., MI 48333-9075 | Community National Bank CUST<br>FBO William A. Morris, III, IRA<br>01841 M 66 South<br>East Jordan, MI 49727-9169 | Community National Bank CUST<br>FBO: Stuart J. Snider, IRA<br>615 Griswold, Suite 600<br>Detroit, MI 48226-3981 |
| Community National Bank CUST<br>FBO: Jack Schwarcz, IRA<br>26140 Raine<br>Oak Park, MI 48237-1024 | Community National Bank CUST<br>FBO: Rosemary Ballard IRA<br>6641 Andersonville Road<br>Clarkston, MI 48346-2701 | Community National Bank CUST<br>Otto Family Limited Partnership<br>795 Fairway Drive, Gaylord  49735-9386 |
| Community National Bank Cust<br>FBO: Ann Aubrey, IRA<br>7384 Radcliff Drive<br>West Bloomfield, MI 48322-3535 | Community National Bank Cust<br>FBO: Jacqueline Chastain IRA<br>P.O. Box 2832<br>Farmington Hill, MI 48333-2832 | Community National Bank Cust<br>FBO: Rex Aubrey, IRA<br>7384 Radcliff Drive<br>West Bloomfield, MI 48322-3535 |
| Community National Bank Cust<br>FBO: Richard E. Warren, IRA<br>2559 Kent Ridge Court<br>Bloomfield Hill, MI 48301-2277 | Community National Bank Cust<br>FBO: Richard E. Warren, ROTH IRA<br>2559 Kent Ridge Court<br>Bloomfield Hill, MI 48301-2277 | Community National Bank Cust fbo Jack Schwar<br>26140 Raine<br>Oak Park, MI 48237-1024 |
| Community National Bank Cust.<br>FBO:  Michelle L. Chakan, IRA<br>27153 Pembridge Lane<br>Farmington Hill, MI 48331-3670 | Community National Bank, Cust.<br>FBO: Sara B. Warren, IRA<br>2559 Kent Ridge Ct.<br>Bloomfield Hill, MI 48301-2277 | Courtney M. Tursi<br>1065 Vollmers St.<br>Commerce Twp., MI 48390-1039 |
| Dolores K. Renaud<br>1806 Portlock<br>Commerce Twp., MI 48382-3777 | Dominic Bonnano - Trust<br>852 Canterbury Road<br>Grosse Pte Wood, MI 48236-1253 | Doris Lucille Miller, Trustee<br>Under Agreement Dated 06/07/95<br>1514 Granger Road<br>Ann Arbor, MI 48104-4427 |
| Eastside Periodontal Associates<br>Defined Benefit Pension Plan<br>26140 Raine<br>Oak Park, MI 48237-1024 | Eastside Periodontics Defined Benefit Pensio<br>26140 Raine<br>Oak Park, MI 48237-1024 | Ellajo B. Thompson<br>2118 Lakepoint Drive<br>Knoxville, TN 37922-8405 |
| Estate of Howard Diamond<br>% Louisa Rucker<br>212 Mt. Pleasant Dr.<br>Locust Grove, VA 22508-5513 | F&D Employees'<br>Profit Sharing Plan<br>600 Ford Building<br>Detroit, MI 48226-3981 | First Mortgage Fund, Inc.<br>PO Box 2832<br>Farmington, MI 48333-2832 |
| First Mortgage Fund, Inc.<br>c/o Jeffrey H. Bigelman, Esq.<br>20700 Civic Center Dr., Ste. 310<br>Southfield, MI 48076-4155 | Martin L. Fried<br>4000 Town Center<br>Suite 1200<br>Southfield, MI 48075-1413 | Gary W. Rogers<br>Susan R. Rogers<br>1370 Chesterfield Ave.<br>Birmingham, MI 48009-1073 |

| | | |
|---|---|---|
| Genesee County Treasurer<br>1101 Beach Street<br>Flint, MI 48502-1428 | Geoffrey Davies<br>Revocable Living Trust<br>P.O. Box 1835<br>Royal Oak, MI 48068-1835 | George H. Uridge<br>Judith E. Uridge<br>25400 Harcourt Street<br>Farmington Hill, MI 48336-1226 |
| Grace E. Kiefer<br>c/o Kathy Osborne<br>6936 Buckley<br>Canton, MI 48187-1601 | HouseCare, LLC<br>17211 West 12 Mile<br>Southfield, MI 48076-2130 | Irving H. Baron and Betty Baron<br>Living Trust, Dated 05/12/10<br>31781 Bellvine Trail<br>Beverly Hills, MI 48025-3716 |
| Jack R. Lousma TTEE<br>Jack Lousma Retirement Plan U/A DTD<br>2722 Roseland<br>Ann Arbor, MI 48103-2137 | Jack R. Lousma and Gratia K. Lousma<br>Under Trust Dated 07/09/07<br>2722 Roseland<br>Ann Arbor, MI 48103-2137 | Jack Schwarcz<br>Defined Benefit Plan<br>26140 Raine<br>Oak Park, MI 48237-1024 |
| Jack Schwarcz Defined Benefit Pension Plan<br>26140 Raine<br>Oak Park, MI 48237-1024 | James C. Berger Trust<br>42425 JO-ED<br>Sterling Height, MI 48314-3038 | James L. Maniere<br>51607 Kachina Lane<br>Macomb, MI 48042-4254 |
| Jean E. Musinski<br>6220 Glen Valley Tr Unit 3C<br>Frederick, MD 21701-7801 | John Shamoun, Jr.<br>5498 Putnam Dr.<br>West Bloomfield, MI 48323-3718 | Joseph Erlich<br>Linda Erlich<br>2655 Northfield<br>White Lake, MI 48383-2131 |
| Joshua Christopher Dorsey<br>P.O. Box 251538<br>W. Bloomfield, MI 48325-1538 | Julia H. Hanba<br>6761 Kennesaw Road<br>Canton, MI 48187-1282 | Richardo I. Kilpatrick<br>903 N. Opdyke Rd.<br>Suite C<br>Auburn Hills, MI 48326-2693 |
| Kilpatrick and Associates, PC<br>On Behalf of Wayne County Treasurer<br>903 N. Opdyke Road, Suite C<br>Auburn Hills, MI 48326-2693 | Lawrence M. Garner<br>10820 Andrews<br>Allen Park, MI 48101-1102 | Louise M. Maniere<br>51607 Kachina Lane<br>Macomb, MI 48042-4254 |
| Macomb County Treasurer<br>One S. Main Street<br>Mt. Clemens, MI 48043-2306 | Macomb County Treasurer<br>FL 2<br>1 S Main St<br>Mt. Clemens, MI 48043-2352 | Marathon Limited Partnership<br>C/O E & T Co-Gen Ptr Ely Tama Pres<br>32783 Middlebelt Rd.<br>Farmington Hill, MI 48334-1726 |
| Margaret S. Snider<br>Trustee U/A/D 09/30/80<br>6760 W. Maple #6115<br>West Bloomfield, MI 48322-4910 | Maria F. Ward<br>1838 Rosemont Road<br>Berkley, MI 48072-1846 | Marjorie A. Taylor<br>Trust Dated 02/21/91<br>21615 N 56th Drive<br>Glendale, AZ 85308-6226 |
| Mark W. Shatz<br>Rhonna S. Shatz<br>5453 Pond Bluff Court<br>West Bloomfield, MI 48323-2441 | Marlene M. Calverley<br>4595 Valley View Pointe<br>Rochester, MI 48306-1745 | Maxine M. Chakan<br>21625 River Ridge Trail<br>Farmington Hill, MI 48335-4621 |

| | | |
|---|---|---|
| McGeoch Charlotte W IRREV<br>T/A#2010240-1702300<br>4900 Tiederman Rd. 4th Fl NE<br>Brooklyn, OH 44144-2338 | Michael A. Calverley<br>4595 Valley View Pointe<br>Rochester, MI 48306-1745 | Michael Bocanegra<br>c/o Stuart M. Brody<br>161 North Clark St<br>Ste 3575<br>Chicago, IL 60601-3214 |
| Michael Chakan<br>318 Easton Dr.<br>Lakeland, FL 33803-2938 | Michael G. Benninger<br>1280 Palmer<br>Plymouth, MI 48170-2053 | Michelle L. Chakan<br>Revocable Living Trust<br>27153 Pembridge Lane<br>Farmington Hill, MI 48331-3670 |
| Morgan Noelle Stacey<br>2812 Duffers Lane<br>Commerce Twp., MI 48390-1731 | Mortgage Servicing Corporation<br>17211 West 12 MIle<br>Southfield, MI 48076-2130 | Nancy A. Diamond<br>212 Mt. Pleasant Dr.<br>Locust Grove, VA 22508-5513 |
| Oakland County Treasurer<br>1200 N Telegraph Rd<br>Bldg 12 E Dept #479<br>Pontiac, MI 48341-1032 | Otto Family Foundation<br>795 Fairway Court<br>Gaylord, MI 49735-9386 | Otto Family Limited Partnership<br>795 Fairway Drive<br>Gaylord, MI 49735-9386 |
| Phyllis Shatz<br>7310 Ashford Place, Apt. 303<br>Delray Beach, FL 33446-2528 | R & B Sales<br>852 Canterbury Road<br>Grosse Pte Wood, MI 48236-1253 | Reta M. Winter<br>3451 Stolzenfeld<br>Warren, MI 48091-4565 |
| Robert A. Bartlett<br>Living Trust<br>2435 Devon Lane<br>Birmingham, MI 48009-1514 | Robert C Meyer DO<br>Defined Benefit Pension Plan<br>P O Box 459<br>New Baltimore, MI 48047-0459 | Robert C. Meyer, D.O.<br>Defined Benefit Pension Plan<br>34764 Dequindre<br>Sterling Hgts., MI 48310-5279 |
| Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 | Sharon Singletree<br>22885 Cranbrooke Drive<br>Novi, MI 48375-4506 | Sharron Chakan<br>Revocable Living Trust<br>13894 Elmbrook Drive<br>Shelby Twp., MI 48315-6060 |
| Shirley B. Karnow<br>29033 Lancaster Dr., Apt. #104<br>Southfield, MI 48034-1468 | SingleTree Works, Inc<br>17211 West 12 MIle<br>Southfield, MI 48076-2130 | Jill Kristen Smith<br>One S. Main, 8th Floor<br>Mt. Clemens, MI 48043-2306 |
| Stavenkan Fund, Inc.<br>17211 West 12 MIle<br>Southfield, MI 48076-2130 | Stuart Goldstein<br>Iris Goldstein<br>30600 Northwestern Highway-Ste #245<br>Farmington Hill, MI 48334-3171 | Stuart J. Snider, Esq<br>615 Griswold<br>Ste 600<br>Detroit, MI 48226-3981 |
| Stuart J. Snider, TEE<br>UAD 1/26/81<br>615 Griswold, Suite 600<br>Detroit, MI 48226-3981 | Teresa Renaud<br>2812 Duffers Lane<br>Commerce Twp., MI 48390-1731 | Teri L. Budny<br>424 Yerkes<br>Northville, MI 48167-1638 |

| | | |
|---|---|---|
| Victoria C. Kap<br>David E. Kap<br>20924 Bayside<br>St. Clair Shore, MI 48081-1115 | WAYNE COUNTY TREASURER<br>400 MONROE, STE 520<br>DETROIT, MICHIGAN 48226-2942 | Wayne County Treasurer<br>400 Monroe Street<br>5th Floor<br>Detroit, MI 48226-2984 |
| West Bloomfield Township Treasurer<br>P.O. Box 250130<br>W. Bloomfield, MI 48325-0130 | William A. III & Susan B. Morris<br>01841 M66 South<br>East Jordan, MI 49727-9169 | William A. Morris, Jr.<br>3462 Lake George Road<br>Oakland Twp., MI 48363-2908 |
| Yosi N. Heber<br>26180 Raine St.<br>Oak Park, MI 48237-1024 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Community National Bank CUST<br>FBO Pamela J. Flick IRA<br>9421 Huron Rapids Dr.<br>Whitmore, Lake, MI 48189-9383 | (u)Mueller Mayville, PC | (d)Robert C. Meyer DO<br>Defined Benefit Pension Plan<br>P.O. Box 459<br>New Baltimore, MI 48047-0459 |
| (u)Wayne County Treasurer | End of Label Matrix<br>Mailable recipients 126<br>Bypassed recipients 4<br>Total 130 | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FIRST MORTGAGE FUND, INC.,           Chapter 7
                                        Case No. 11-44879-MBM
      Debtor.                            Hon. Marci B. McIvor
_____/

Exhibit List

| Exhibit | Description |
|---------|-------------|
| A | Purchase and Sale Agreement of Real Property |

**PURCHASE AND SALE AGREEMENT FOR REAL PROPERTY**

I Catherine Torrence "Buyer" agree to purchase from Mark H. Shapiro, Trustee for the bankruptcy estate of First Mortgage Fund, Inc. "Seller" the bankruptcy estate's interest in real property situated in the City of Detroit, County of Wayne, State of Michigan, more fully described as:

Lot 65, Estes Park Sub, per the plat recorded in L 49, P 29, Wayne County Register of Deeds

Tax ID No. Ward 22, Item 097789

commonly known as 15874 Vaughan, Detroit, MI for $4,000 payable no later than May 30, 2011. This sale is not contingent upon financing.

Buyer shall pay all unpaid taxes, water bills, and assessments for prior and current years.

Seller is not responsible for transfer taxes or any other expenses, nor will Seller supply title insurance. Upon receipt of the purchase price, Seller will provide Buyer with a Trustee's Deed conveying the bankruptcy estate's interest in the real property to Buyer.

This is the full and complete agreement and understanding of parties concerning this real estate and sale: SAID PARCEL AND ALL IMPROVEMENTS ARE SOLD "AS IS" AND WITH ALL FAULTS AND CONDITIONS AND SUBJECT TO ALL LIENS, CLAIMS, AND ENCUMBRANCES. There are no warranties, express or implied, including any warranties of merchantability, lack of environmental contamination, or fitness for a particular purpose. Buyer is familiar with the size, location, and condition of the described parcel and of the improvements, and is buying the same based upon his knowledge and inspection, or experts hired at his cost on his behalf.

Other conditions:     See attached addendum

As earnest money and evidence of good faith on the part of Buyer, Buyer agrees to deliver a deposit of $1,000 to Seller upon execution of this agreement by Buyer. If Buyer consummates the sale under this agreement, the Seller shall apply the entire deposit toward the purchase price. If Buyer fails to consummate the sale for any reason other than because the bankruptcy court will not allow the sale to proceed, Buyer shall forfeit the deposit to Seller as liquidated damages.

This contract may not be modified, extended, or amended except by subsequent agreement, in writing, signed by Seller and Buyer.

This proposition made subject to approval of the Seller on or before the _____ day of _____, 2011. Time is the essence of this agreement.

Dated this _____ day of _____, 2011.

_____            _____
Purchaser                                                          Purchaser

Received from _____, the sum of
_____ Dollars ($_____)
as a deposit per conditions stated above.

The above proposition is accepted and approved this _____ day of _____, 2011.

_____
Seller

# ADDENDUM "A" TO OFFER TO PURCHASE (Vaughn)

A.	The sale is subject to approval of the United States Bankruptcy Court for the Eastern District of Michigan, and the receipt of higher and better offers received by the Trustee on or after the completion of a public sale, which will be scheduled approximately twenty (21) days after the filing of pleadings seeking the approval of the sale. The Trustee will seek approval of the sale from the Bankruptcy Court.

B.	Seller agrees that any higher or better offers received at the public sale must be in an amount at least $1,000 greater than the amount of Buyer's initial offer. Upon receipt of a competing offer at least $1,000 greater than Buyer's initial offer, Seller, in his sole discretion, may solicit offers in whatever increments he determines to be reasonable.

C.	Title to the property will be transferred by the Trustee's execution of a Trustee's Deed.

D.	The sale of the property shall be made on an "as is, where is" basis, without representations or warranties express or implied, of any kind, nature or description including, without limitation, warranties of merchantability, habitability, or fitness for any particular purpose.

E.	The sale is exempt from Seller's Disclosure requirement under Seller's Disclosure Act 92 1993 MCL 565.953 sec. 3a.

F.	This Purchase Agreement shall not survive after closing.

Seller's initials: \_\_\_\_\_

Purchaser's initials: \_\_\_\_\_

F:\Data\Mark\CLIENTS\First Mortgage Fund Inc\Addendum PA.Vaughn.wpd